# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE SCHWACK** a/k/a **BRUCE G. SCHWACK,** and **DAWN HIRSCH** a/k/a **DAWN SCHWACK** a/k/a **DAWN R. HIRSCH** a/k/a **DAWN ROBYN HAGEN,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W2**,
Appellee.

No. 4D18-872

[November 15, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2017-CA-006896-XXXXMB.

Brian K. Korte and Scott Wortman of Korte & Wortman, P.A., West Palm Beach, for appellants.

Kimberly S. Mello and Joseph H. Picone of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***